MORROW-HUTTON CO., INC., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 21404. Promulgated January 26, 1928.

*Eustace LeMaster, C. P. A.,* for the petitioner.
*J. E. Marshall, Esq.,* for the respondent.

OPINION.

LANSDON: Under the facts which we find above, our decision in this proceeding is controlled by *Appeal of Arthur Walker & Co.*, 4 B. T. A. 151.

*Judgment will be entered for the respondent.*